**Christopher R. Best**, OSB No. 082649
cbest@gattilaw.com
**GATTI, GATTI, MAIER, SAYER,**
**THAYER, SMITH & ASSOCIATES**
1781 Liberty Street SE
Salem, OR 97302
Telephone: 503.363.3443
Facsimile: 503.371.2482

    Attorneys for Plaintiff Caroline J. Wheeler

**William T. Patton**, OSB No. 973646
pattonw@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2015
Facsimile: 503.778.2200

    Attorneys for Defendant Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CAROLINE J. WHEELER,**<br><br>                         Plaintiff,<br>v.<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** a foreign business corporation, and/or its unknown business entity,<br><br>                         Defendant. | Case No. 6:14-cv-00242-AA<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, because this matter has been settled, plaintiff Caroline J. Wheeler ("Wheeler") and defendant Hartford Life

PAGE 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

and Accident Insurance Company ("Hartford") through their undersigned counsel stipulate to the dismissal of the above-entitled action with prejudice and without costs or fees to either party.

DATED: June 25, 2014

**GATTI, GATTI, MAIER, SAYER, THAYER, SMITH & ASSOCIATES**

By: s/ Christopher R. Best
   Christopher R. Best, OSB No. 082649
   Telephone: 503.363.3443
Attorneys for Plaintiff Caroline J. Wheeler

DATED: June 25, 2014

**LANE POWELL PC**

By: s/ William T. Patton
   William T. Patton, OSB No. 973646
   Telephone: 503.778.2015
Attorneys for Defendant Hartford Life and Accident Insurance Company

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs or fees to either party.

DATED: 6/26/14, 2014

_____
Chief District Judge Ann Aiken

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE